Hugh J. Sands and Mary Sands, Appellees, v. Sack Realty Company, Inc., Appellant.

Gen. No. 40,667.

opinion filed June 26, 1940. Wilhartz & Hirsch, for appellant; J. S. Greenberg, of counsel; O'Brien & Jordan, for appellees; Andrew D. Jordan, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."